MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JONATHAN SCHMIDT (CABN 230646)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: jonathan.schmidt@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES B. CATLEDGE and<br>DEREK F.C. ELLIOTT<br><br>    Defendants. | No. CR 12-0678 MMC<br><br>MOTION FOR ARREST WARRANT AND [PROPOSED] ORDER |

On September 18, 2012, a Grand Jury sitting in the Northern District of California issued an indictment in the above referenced case charging Derek F.C. Elliot and James Catledge with Conspiracy to Commit Mail Fraud, and Mail Fraud in violation of 18 U.S.C. §§ 1349 and 1341 respectively. The face sheet to the indictment indicates that a summons was to issue for James Catledge and a no bail arrest warrant was to issue for Derek Elliott. The docket for the above entitled case shows that a summons issued for James Catledge, but does not show that a no bail arrest warrant issued for Derek Elliott. Under Federal Rules of Criminal Procedure, Rule 9: "The court must issue a warrant–or at the government's request, a summons–for each defendant named in an indictment."

Mot & Proposed Order Re Arrest Warrant
CR 12-0678 MMC

Thus, the United States respectfully requests that the Court issue a no bail arrest warrant for Derek F.C. Elliott.

                                          Respectfully submitted,

                                          MELINDA HAAG
                                          United States Attorney

Dated: January 11, 2013                           S/
                                          JONATHAN SCHMIDT
                                          Assistant United States Attorney

## [Proposed] ORDER

GOOD CAUSE APPEARING it is hereby ordered that a no bail arrest warrant shall immediately issue for the arrest of the defendant, Derek F.C. Elliott.

**IT IS SO ORDERED**.

DATED: January 11, 2013

MAXINE M. CHESNEY
United States District Judge