1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CABN 229441)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7210
7      FAX: (415) 436-7234
       Email: robert.rees@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR 12-0678 MMC |
|---|---|
| Plaintiff, | ) ORDER APPROVING |
| v. | ) STIPULATION ~~AND [PROPOSED] ORDER~~ TO CONTINUE SENTENCING STATUS HEARING |
| DEREK F.C. ELLIOTT, | ) |
| Defendant. | ) |

The parties are currently set for a hearing regarding status of sentencing on August 31, 2016 at 2:15PM before this honorable court. Trial has been set to begin in co-defendant Catledge's case on January 16, 2018, and Elliott is expected to be a witness at trial. Accordingly, the parties submit that it will be expedient to conduct sentencing in this matter sometime after Catledge's jury trial. For these reasons, with the approval of the Court, and for good cause shown, the parties stipulate and agree to

//
//
//
//
//

STIPULATION TO CONTINUE
CR 12-0678 MMC

continue Elliott's sentencing status hearing to April 18, 2018 at 2:15PM.

IT IS SO STIPULATED

DATED: August 29, 2016
BRIAN J. STRETCH
United States Attorney

_____
ROBERT DAVID REES
Assistant United States Attorney

DATED: August 29, 2016
_____/s_____
BRETT PARKINSON, ESQ.
Counsel for defendant Derek Elliott

[PROPOSED] ORDER

For the good cause stated above, IT IS HEREBY ORDERED that the sentencing status hearing currently set for August 31, 2016 be vacated and continued to April 18, 2018 at 2:15PM.

DATED: August 30, 2016
Maxine /s/ M. Chesney
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE
CR 12-0678 MMC