ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ROBERT DAVID REES (CABN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7210
    FAX: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-0678 MMC |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING STATUS HEARING |
| DEREK F.C. ELLIOTT, | |
| Defendant. | |

The parties are currently set for a hearing regarding status of sentencing on April 18, 2018 at 2:15PM before this honorable court. Trial has been set to begin in co-defendant Catledge's case on June 4, 2018, and Elliott is expected to be a witness at trial. Accordingly, the parties submit that it will be expedient to conduct sentencing in this matter sometime after Catledge's jury trial. For these reasons, with the approval of the Court, and for good cause shown, the parties stipulate and agree to

//

//

//

//

STIPULATION TO CONTINUE
CR 12-0678 MMC

//

continue Elliott's sentencing status hearing to October 10, 2018 at 2:15PM.

IT IS SO STIPULATED

DATED: April 17, 2018                ALEX G. TSE
                                     Acting United States Attorney

                                     _____/s_____
                                     ROBERT DAVID REES
                                     Assistant United States Attorney


DATED: April 17, 2018                _____/s_____
                                     BRETT PARKINSON, ESQ.
                                     Counsel for defendant Derek Elliott

[PROPOSED] ORDER

For the good cause stated above, IT IS HEREBY ORDERED that the sentencing status hearing currently set for April 18, 2018 be vacated and continued to October 10, 2018 at 2:15PM.


DATED: April 17, 2018                HON. MAXINE M. CHESNEY
                                     UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE
CR 12-0678 MMC