BRETT R. PARKINSON (CSB No. 230150)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Fax: (801) 532-7543
E-mail: bparkinson@rqn.com

*Attorney for Defendant Derek F. C. Elliott*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEREK F. C. ELLIOTT,<br><br>Defendant. | Case No. 3:12-cr-00678-MMC-2<br><br>ORDER GRANTING<br><br>**STIPULATED MOTION TO CONTINUE SENTENCING HEARING** |
|---|---|

The above-named parties through undersigned counsel jointly move this Court for a 60-day continuance of the sentencing currently scheduled for September 4, 2019.

Mr. Elliott's counsel, Brett R. Parkinson, recently started with a new law firm, Ray Quinney & Nebeker, in Salt Lake City, Utah. In order for Mr. Parkinson to continue his representation of Mr. Elliott, a waiver was needed from co-defendant, James Catledge, which was received on July 31, 2019. Given these circumstances, Mr. Elliott requests additional time to adequately prepare for sentencing.

AUSA Robert Rees and the U.S. Office of Probation do not object to the requested continuance.

It is not anticipated that the parties will request additional continuances of sentencing beyond the 60-day extension requested herein. No party associated with this case will be prejudiced by continuing the sentencing hearing.

Based on the foregoing, Mr. Elliott respectfully requests that the current sentencing date of September 4, 2019 be continued at least 60 days to a date and time convenient with the Court's calendar in November 2019.

DATED this 14th day of August, 2019.

RAY QUINNEY & NEBEKER P.C.

/s/ Brett R. Parkinson
Brett R. Parkinson
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111

DATED this 14th day of August, 2019.

RAY QUINNEY & NEBEKER P.C.

/s/ Robert D. Rees
*(electronic signature affixed with permission)*
Robert D. Rees, Esq.
Assistant U.S. Attorney
OFFICE OF THE U.S. ATTORNEY
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

IT IS SO ORDERED. Specifically, the sentencing hearing is continued to November 6, 2019, at 2:15 p.m.

Dated: August 16, 2019

_____
United States District Judge