IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERIA,<br>    Plaintiff,<br>v.<br>DEREK F.C. ELLIOTT,<br>    Defendant. | Case No. 12-cr-00678-MMC-2<br><br>**ORDER RE: BRIEFING ON JACLINN PULLMAN'S MOTION TO ADD VICTIMS TO RESTITUTION JUDGMENT** |

Before the Court is the Motion, filed by Jaclinn Pullman ("Pullman") on August 9, 2019, "Brought Under the Mandatory Victim Restitution Act Requesting the Court to Add Those Victims Who Purchased Cofresi Products to Derek Elliott's Restitution Judgment."

The motion will be addressed at the sentencing hearing, scheduled for November 6, 2019, at 2:15 p.m. The government and defendant are hereby DIRECTED to respond to the issue presented in the motion in their respective sentencing briefs, and to serve on Pullman by mail a copy of each such brief.

**IT IS SO ORDERED.**

Dated: August 16, 2019

                                                    MAXINE M. CHESNEY<br>
                                                  United States District Judge