| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | ROBERT DAVID REES (CABN 229441)<br>LLOYD FARNHAM (CABN 202231) |
| 5 | Assistant United States Attorney |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7210<br>FAX: (415) 436-7234 |
| 8 | Email: robert.rees@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 12-0678 MMC |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER REGARDING RESTITUTION |
| DEREK F.C. ELLIOTT, | ) | |
| Defendant. | ) | |

The parties appeared for sentencing hearings regarding the defendant on November 6 and 20, 2019. Restitution was discussed extensively at both hearings but was not finalized, and a restitution hearing is set for February 19, 2020. However, the parties have been hard at work on the issue of restitution and are now prepared to stipulate, and do stipulate, to the attached restitution schedule. In addition to including all proper restitution regarding Juan Dolio purchases, the attached restitution schedule also includes restitution to victims who purchased Maxim Bungalows products at Cofresi who were not otherwise awarded compensation from Juan Dolio purchases. These restitution awards are included at the end of the attached spreadsheet and include over $2,000,000 in additional restitution. The overall restitution amount in the attached spreadsheet is $38,576,401.13. Because the parties have

STIPULATION TO RESTITUTION
CR 12-0678 MMC

now stipulated and agreed to restitution in this matter, including the additional Maxim Bungalow awards in accordance with the Court's inquiry on that subject, and that the attached restitution schedule should be ordered by the Court and included in an amended judgment, the parties also stipulate and agree that a further restitution hearing is unnecessary and should therefore be vacated.

IT IS SO STIPULATED

DATED: February 14, 2020        DAVID L. ANDERSON
                                United States Attorney


                                _____/s_____
                                ROBERT DAVID REES
                                LLOYD FARNHAM
                                Assistant United States Attorneys



DATED: February 14, 2020        _____/s_____
                                BRETT PARKINSON, ESQ.
                                Counsel for defendant Derek Elliott


[PROPOSED] ORDER

For the good cause stated above, IT IS HEREBY ORDERED that the judgment in this case shall be amended to impose restitution in the amounts, and to the victims, indicated in the attached restitution schedule, with a total overall restitution award of $38,576,401.13. The government shall provide an unredacted copy of the attached restitution schedule to U.S. Probation and to the Clerk of the Court to aid in its execution. Accordingly, the restitution hearing currently set for February 19, 2020 in this matter is hereby vacated.


DATED: February 14, 2020        HON. MAXINE M. CHESNEY
                                UNITED STATES DISTRICT JUDGE

STIPULATION TO RESTITUTION
CR 12-0678 MMC